46 F.3d 1117
 Henry (Josephat), Michaeu (Julian), Wickham (William),
Harriet (Boniface), Joseph (Simon), Prescott (Pascal),
Charlery (Lawrence), Abraham (Johannes), Nestor (Peter),
Henry (James), Leon (Aybert), St. George Baptiste, Germe
(Daniel), James (Foster), Leon (Maurice), Fevrier (Martin),
Defoe (Julian), Grant (James), LaForce (Joseph), Gentius
(Paulinus), Dore (Rupert), John (George), Williams (James),
St. Brice (Joseph), Blackman (Samuel)
v.
Hess Oil Virgin Islands
 NO. 94-1495
 United States Court of Appeals,
Third Circuit.
 Dec 15, 1994
 Appeal From: E.D.Pa., No. MDL-875
 
 1
 MANDAMUS DENIED.